IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


**WILLIAM RAY THOMAS,**                                 06-CV-1626-ST

        **Plaintiff,**

                                                        ORDER

v.

**BRIAN BELLEQUE, OSP**
Superintendent; **T. MANU,**
Lieutenant - STG OSP; and
**MITCH MORROW,** Deputy
Director,

        **Defendants.**


**WILLIAM RAY THOMAS**
# 10157454
Oregon State Penitentiary
2605 State Street
Salem, OR 97310

        Plaintiff, *Pro Se*

**HARDY MYERS**
Attorney General
**JACQUELINE SADKER**
Assistant Attorney General
Department of Justice
1162 Court Street N.E.
Salem, OR  97301-4096
(503) 378-6313

        Attorneys for Defendants


1 - ORDER

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#34) on February 8, 2008, in which she recommended the Court grant Defendants' Motion for Summary Judgment (#26) and enter judgment in favor of Defendants. Plaintiff filed timely objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#34) and, accordingly, **GRANTS** Defendants' Motion for Summary Judgment (#26) and **DISMISSES** this matter **with**

2 - ORDER

**prejudice**.

IT IS SO ORDERED.

DATED this 16th day of April, 2008.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge